UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PAUL M. FIELDS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 4:22-cv-00005-JMS-DML |
| | ) | |
| AFFILIATED CONSTRUCTION SERVICES, INC., | ) | |
| MATTHEW A. JORGENSEN, MELISSA A. CASEY, | ) | |
| and ANDREA J. CARLSON, | ) | |
| | ) | |
| *Defendants*. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge has submitted her Report and Recommendation, recommending that the Court dismiss this case without prejudice due to *pro se* Plaintiff Paul Fields' failure to comply with the Court's orders and the Federal Rules of Civil Procedure. [Filing No. 4.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. [4.] Mr. Fields' claims are **DISMISSED WITHOUT PREJUDICE**. Final Judgment shall enter accordingly.

Date: 7/25/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Paul M. Fields
105 Willowshore Dr.
Apt. 4
Scottsburg, IN 47170

1